UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BILL SNIDER,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE OF INDIANA, et al.,<br><br>        Defendants. | CAUSE NO.: 3:19-CV-049-JD-MGG |

ORDER

Bill Snider, a prisoner without a lawyer, filed a letter with the court requesting that his case be dismissed. ECF 5. In his letter, he explains he cannot proceed with the case because he cannot afford to pay the fee. *Id*. However, when "a prisoner brings a civil action . . . in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). Snider filed this case, therefore he must pay the filing fee. *See Hains v. Washington*, 131 F.3d 1248, 1250 (7th Cir. 1997) ("[T]he filing of a complaint (or appeal) is the act that creates the obligation to pay fees, and what the judge does later does not relieve a litigant of this responsibility.").

In a related motion, Snider also asks the court to reduce the amount of the monthly payment of his filing fee. ECF 7. In this regard, he requests the court allow him to pay ten percent of the money he receives for each calendar month, instead of twenty percent. ECF 7 at 3. However, because Snider is a prisoner, he is subject to the requirements of 28 U.S.C. § 1915(b) and must pay "20 percent of the preceding month's income credited to [his] prisoner account . . . each time the amount in the account

exceeds $10 until the filing fees are paid." *See* 28 U.S.C. § 1915(b)(2). The court does not have authority to modify the amount or timing of payments. *Lucien v. DeTella*, 141 F.3d 773, 776 (7th Cir. 1998)*; see also Newlin v. Helman*, 123 F.3d 429, 436 (7th Cir. 1997).

For these reasons, the court:

(1) DENIES Bill Snider's motion to reduce the amount of his monthly filing fee (ECF 7);

(2) GRANTS Bill Snider until **March 29, 2019** to inform the court if he wishes to proceed with this case because he is required to pay the filing fee; and

(3) CAUTIONS him that if he does not respond by that date, this case will be dismissed without further notice.

SO ORDERED on February 28, 2019

/s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT