TO:

Honorable Judge,
Jon E. Dequilio
U.S. District Court, Northern Dist. of Indiana
South Bend Division, South Bend IN. 46601

March 11th, 2019

FILED
2019 MAR 15  PM 4:15
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

From:

Bill Snider #138872
Indiana State Prison
One Park Row
Michigan City, IN. 46360

Re: Bill Snider -v- State of Indiana, et al.
Cause No: 3:19-CV-49-JD-MCG
<u>Notice not to dismiss case, and proceed
with litigation as originally Filed</u>

Judge Dequilio

1.) This notice is to inform the court of my intentions to proceed with this case since I still have to pay.

2.) I need to be mailed a copy with it stamped "Filed". I can now receive e-mail at ConnectNetwork.Com or the law library at this facility (Indiana St. Prison).

3.) Defendants have not responded yet or even filed an appearance.

Respectfully Submitted
*Bill Snider*
Bill Snider #138872

Bill Snider # 138872
Indiana St. Prison
Michigan City, IN. 46360

U.S. District Court, Northern Dist.
Judge Jon E. Deguilio, South Bend, IN.
U.S. Court House
204 S. Main St.
South Bend, IN. 46601



U.S. POSTAGE >> PITNEY BOWES
ZIP 46360
02 1W
0001399735 MAR 13 2019
$ 000.50⁰