TO: Honorable Judge Jon E. Deguilio
United States District Court
Northern District of Indiana
South Bend Division

June 10, 2019

From: Bill Snider #138872
Indiana State Prison
One Park Row
Michigan City, IN. 46360

Re: Bill Snider v. Indiana, et al. #3:19-cv-049-JD-MGG
Defendants Failure to respond, and discovery conf.

Honorable, Judge Deguilio,

It has been five month now since I filed this law suit and, I have not yet received any type of a response, answer or, an appearance. I am wondering if the court has served them yet.

Also, there has not been a Discovery Conference, or scheduling order which are suppose to be within 120 days after complaint was served; Planning conference 21 days before scheduling order is due. RCP 16(b), 26(d)(f)

I would like to get started with some document requests and Interrogatories but the rules say I cannot untill after a conference. So I am wondering what the problem is? And if its something I have neglected to do?

Respectfully

Bill Snider
Bill Snider
Plaintiff / Pro se

P.S. (SEE Page 2)

The prison I am housed at, Indiana State Prison, refuses to participate in the Federal electronic delivery system that allows all court paper filings to be delivered by e-mail. Our law library has the capability to do so. They just dont want the responsibility of delivering the e-mails to the inmates. We also have our own e-mail capabilities via a kiosk computer tablet, and as of July 15th, 2019 we will all be given a tablet which we will be able to send & receive e-mails, buy music & video games, place all our commissary orders, make phone calls to our family, and have video visits.

  I have not been able to get copies stamped "Filed" from your court because my law library will not accept them. Is there any way you can issue a court order to compel them accept and deliver to us all court papers? They would either have to print them out and deliver them through our inner-departmental mail or, through our e-mail system. Our e-mail is done with "GTL" so all our e-mails cost .23¢ to send and costs the sender .23¢ to send us one.

  If you are unable to compel them to participate can you have your clerk to mail me all my copies of "Filed" stamped filings via U.S. postal service. I need to have these copies for my records.

Thank You<br/>

(Page 2)

Name: Bill Snider
D.O.C. #: 138872  Location: DI-5
INDIANA DEPARTMENT OF CORRECTION
INDIANA STATE PRISON
1 Park Row
Michigan City, IN  46360

THIS IDENTIFIES THIS CORRESPONDENCE A HAVING BEEN MAILED BY AN OFFENDER INCARCERATED AT THE ABOVE CORRECTIONAL INSTITUTION. "**WARNING**" NOT RESPONSIBLE FOR CONTENTS. ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING.

U.S. Dist Court, Northern Dist.
Judge Jon E. Deguilio
204 S. Main St.
South Bend, IN. 46601